**Edward Hines Lumber Company, appellant, v. C. T. Dawson et al., appellees. Gen. No. 28,465.**

Mechanic's lien claim. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed and remanded with directions. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

Homer J. Smith, for appellant. Montgomery, Hart & Smith, for appellees; William P. McCracken, Jr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**L. C. Harvey, appellee, v. James Friel et al., appellants. Gen. No. 28,474.**

Creditor's bill based on judgment. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

John F. Waters, for appellants. Reginald C. Darley and Alfred M. Cordell, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**E. H. A. Kundee, appellee, v. The Pictorial Review Company, appellant. Gen. No. 28,530.**

Action on the case for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed with a finding of facts. Opinion filed March 10, 1924.

L. W. Holder, for appellant. Julian C. Ryer and Lawrence E. Dowd, for appellee; Julian C. Ryer, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Matilde R. Kay, administratrix de bonis non of the estate of Richard Michaelis, deceased, appellee, v. Horace L. Brand, appellant. Gen. No. 28,555.**

Assumpsit, by executrix under will, on promissory note. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed March 10, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Richard S. Folsom and James G. Skinner, for appellant. Channing L. Sentz, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.